```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )      CRIMINAL NO. 4:05CR40006-FDS
       v.                   )      VIOLATION:
                            )      18 U.S.C. § 922(g)(1)-
HERIBERTO RODRIGUEZ,        )      Felon in Possession of a
                            )      Firearm
           Defendant        )
```

### INDICTMENT

**COUNT ONE:**   (18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm)

The Grand Jury charges that:

On or about December 12, 2004, at Fitchburg, in the District of Massachusetts,

**HERIBERTO RODRIGUEZ,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith and Wesson, .44 caliber, Model 29, revolver, serial number BRE3343.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>**A TRUE BILL**</u>

_____
Foreperson of the Grand Jury

_____
Paul G. Casey
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                February 2, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

2:08P

2

✥JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Fitchburg    **Category No.** II    **Investigating Agency** ATF

**City** Fitchburg    **Related Case Information:**

**County** Worcester    Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Heriberto Rodriguez      Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1979  SSN (last 4 #): _____  Sex  m  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Paul Casey      Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

     ☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Worcester H. of C.  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  2-2-05      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Heriberto Rodriguez

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | felon in possession of firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**