UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent of Worcester House of Correction, 5 Paul X. Tivnan Drive, West Boylston, MA

YOU ARE COMMANDED to have the body of   HERIBERTO RODRIGUEZ   now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No.  1  , on the 5TH floor, Worcester, Massachusetts on   March 25, 2005  , at   3:00   P.M.

for the purpose of     Arraignment & Initial Appearance

in the case of     UNITED STATES OF AMERICA V.   HERIBERTO RODRIGUEZ

CR Number           05-40006-FDS

And you are to retain the body of said   HERIBERTO RODRIGUEZ   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   HERIBERTO RODRIGUEZ   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 22nd  day of   March  , 2005.


 Charles B. Swartwood, III 
CHIEF MAGISTRATE JUDGE

TONY ANASTAS, CLERK

By: /s/ Lisa B. Roland
SEAL        Lisa B. Roland (508)929-9905
            Deputy Clerk

(Habcorp.wrt - 10/96)                                              [kwhcap.] or
                                                                   [kwhcat.]