AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

HERIBERTO RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 4:05CR40006-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    HERIBERTO RODRIGUEZ
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of a firearm

in violation of Title _____ United States Code, Section(s) 922(g)(1)

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: Divisional Mgr.

02-03-2005   Worcester, MA
Date and Location

RECEIVED
U.S. MARSHALS SERVICE
WORCESTER, MA
2005 FEB -3  P 4: 14

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at    USMS
Worcester, D/MA.

| DATE RECEIVED 2-3-05 | NAME AND TITLE OF ARRESTING OFFICER T. Decanson, SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3-30-2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: HERIBERTO RODRIGUEZ

ALIAS: _____

LAST KNOWN RESIDENCE: 12 NASHUA STREET, FITCHBURG, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): 00-00-1979

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: 5' 8"                                    WEIGHT: 150

SEX: M                                           RACE: _____

HAIR: _____                     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ATF S/A Mike Curran, Worcester, MA