# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )     CRIMINAL ACTION
                               )     NO. 05-40006-FDS
HERIBERTO RODRIGUEZ,           )
         Defendant,            )
                               )
_____)
```

## STATUS REPORT
### June 24, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed except for one item that Mr. Rodriguez' counsel has requested from the Government.

2. <u>Pre-Plea, Pre-Sentence Report</u>

Mr. Rodriguez' counsel has requested time to file with Judge Saylor a motion for a pre-plea, pre-sentence report in order to expedite plea negotiations. Therefore, I have scheduled a further status conference in this case within approximately two weeks to allow Mr. Rodriguez' counsel to file a motion with Judge Saylor requesting a pre-plea, pre-sentence report. I am informed that the Government will assent to that motion.

3. <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>July 15, 2005, at 9:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 23, 2005 (date of expiration of prior order of excludable time) through July 15, 2005 (date by which Mr. Rodriguez' motion requesting a pre-plea, pre-sentence report will have been filed and ruled upon). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, September 23, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE