UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40006-FDS** |
| HERIBERTO RODRIGUEZ, ) | |
| Defendant, ) | |

**ORDER OF EXCLUDABLE TIME**
**June 24, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 23, 2005 (date of expiration of prior order of excludable time) through July 15, 2005 (date by which Mr. Rodriguez' motion requesting pre-plea, pre-sentence report will have been filed and rule upon) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE