UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V.                                    )<br>)<br>)<br>HERIBERT RODRIGUEZ            ) | Criminal No. 05-40006- FDS |

ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

    Now comes the defendant through counsel and moves to continue the Status Conference in this case currently scheduled for Friday, July 15, 2005 until July 28 or 29, 2005 or another date and time convenient for the Court. In support of this motion the defendant's counsel states that on July 15, 2005 he will be on vacation

                                      The defendant,
                                      HERIBERTO RODRIGUEZ
                                      By his attorney,

                                      _____

                                      '/s/Walter H. Underhill, Esquire'
                                      Walter H. Underhill, Esq.
                                      66 Long Wharf
                                      Boston, MA
                                      02110
                                      4th. Floor
                                      Tel. # 617-523-5858
                                      B.B.O. # 506300

SPEEDY TRIAL WAIVER

    The defendant agrees that the time from July 15, 2005 until said time that a new Status Conference is scheduled, is in the interests of justice, excludable time under the Speedy Trial Act and the defendant hereby waives said time period.

SIGNED:       '/s/Walter H. Underhill, Esquire'
                     WALTER H. UNDERHILL, ESQ.

DATE:         July 13, 2005_____

RULE 7.1 CERTIFICATION

      The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Paul Casey, Esquire.

SIGNED:     '/s/Walter H. Underhill, Esquire'

DATE:     July 13, 2005