UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 05-40006-FDS** |
| HERIBERTO RODRIGUEZ, ) | |
| Defendant, ) | |

**ORDER OF EXCLUDABLE TIME**
**August 1, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 15, 2005 (date of expiration of prior order of excludable time) through August 29, 2005 (date by which the parties will know the outcome of Mr. Rodriguez' motion for pre-plea, pre-sentence report) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE