UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HERIBERTO RODRIGUEZ, )<br>Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 05-40006-FDS** |

ORDER OF EXCLUDABLE TIME
September 14, 2005

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 29, 2005 (date of expiration of prior order of excludable time) through September 29, 2005 (date by which successor counsel will have reviewed discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.

                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE