9-14-05

To: Clerk of Court:
Fr: Heriberto Rodriguez jr
Re: New counsel for case No. 05-40006-FDS

21

I was brought infront of the Honorable Charles B. Swartwood, III two weeks ago from today (Aug. 31st) for a motion to dismiss counsel / withdrawel of counsel. In mentioned hearing Honorable Swartwood III stated to me personally that I would be assigned a new counsel with in (2) two weeks. Therefore I am writing in good faith that I will be receiving either a visit or missive from the new attorney soon. May you please address this matter.

Respectfully,

HRjr