UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>HERIBERTO RODRIGUEZ,   )<br>Defendant,   )<br>) | **CRIMINAL ACTION**<br>**NO. 05-40006-FDS** |

## ORDER OF EXCLUDABLE TIME
### November 18, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 16, 2005 (date of expiration of prior order of excludable time) through December 13, 2005 (date by which the initial phase of discovery should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE