UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HERIBERTO RODRIGUEZ, )<br>      Defendant, )<br>) | CRIMINAL ACTION<br>NO. 05-40006-FDS |

DOCKETED

ORDER OF EXCLUDABLE TIME
December 19, 2005

SWARTWOOD, C.M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 13, 2005 (date of expiration of prior order of excludable time) through January 26, 2006 (date by which the Government shall file its opposition to Mr. Rodriguez's motion for discovery) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE