UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>HERIBERTO RODRIGUEZ     ) | CRIMINAL NO. 5-40006-FDS |

MOTION TO CONTINUE AND TO EXCLUDE TIME

Defendant, Heriberto Rodriguez, moves that the court continue the hearing on the Defendant's Motion for Discovery scheduled for January 30, 2006 and to exclude the time from that date through the date of the rescheduled hearing.

         HERIBERTO RODRIGUEZ
         By his attorney,


         /s/ Catherine K. Byrne
         Catherine K. Byrne
          B.B.O. #543838
         Federal Defender Office
         408 Atlantic Avenue, 3rd Floor
         Boston, MA  02110
         Tel: 617-223-8061

       Certificate of Service

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 7, 2006.


         /s/ Catherine K. Byrne
         Catherine K. Byrne