# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                            ) | **CRIMINAL ACTION** |
| )                              | **NO. 05-40006-FDS** |
| HERIBERTO RODRIGUEZ, )          | |
| Defendant,                    ) | |

**HILLMAN, M.J.**

## ORDER OF EXCLUDABLE TIME

**November 21, 2006**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 11, 2006 (date of expiration of prior order of excludable time) through and including May 26, 2006 (date of the Pretrial Conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE