UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v. ) <br> ) <br> HERIBERTO RODRIGUEZ, ) <br> ) <br> Defendant. ) | Criminal No. <br> 05-40006-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the hearing on March 9, 2007, defendant requested a change of plea hearing. The Court granted defendant's request. Change of plea has been scheduled for April 25, 2007 at 3:15 pm.

On motion of the defendant, in order to facilitate the change of plea, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from March 9, 2007 through April 25, 2007, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

                                                  /s/ F. Dennis Saylor
                                                F. Dennis Saylor IV
                                                United States District Judge

Dated: March 9, 2007