# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

United States

**v.**       **APPEARANCE**

Heriberto Perez

Case Number:  05-CR-40006-FDS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 28, 2007 | /s/Christopher F. Bator |
| Date | Signature |
| | Christopher F. Bator    547641 |
| | Print Name    Bar Number |
| | Donohue Federal Building & Courthouse, 595 Main |
| | Address |
| | Worcester    MA    01608 |
| | City    State    Zip Code |
| | 508-368-0103    508-756-7120 |
| | Phone Number    Fax Number |