UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 5-40006-FDS |
| ) | |
| HERIBERTO RODRIGUEZ ) | |

ASSENTED-TO MOTION FOR ADDITIONAL TIME
TO FILE OBJECTIONS TO PSR AND TO CONTINUE SENTENCING

Defendant, Heriberto Rodriguez, moves that the court continue the sentencing now scheduled for July 9, 2007 for approximately six weeks and allow defendant until July 6th to file objections to the PSR. As reasons therefore, counsel states that probation has revisited the defendant's criminal record since writing the original pre-plea PSR and has identified an offense as a predicate offense for classification as an armed career criminal which it had previously not considered as such. Counsel needs the additional time to meet with the defendant and address this issue. In addition, counsel will be on vacation from June 18 to June 25, 2007. Objections are presently due on June 18th.

The government by Assistant United States Attorney Chris Bator assents to this motion.

                                        HERIBERTO RODRIGUEZ
                                        By his attorney,

                                        /s/ Catherine K. Byrne
                                        Catherine K. Byrne
                                              B.B.O. #543838
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2007.

                                        /s/ Catherine K. Byrne
                                        Catherine K. Byrne