UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>HERIBERTO RODRIGUEZ        ) | CRIMINAL NO. 5-40006-FDS |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

Defendant, Heriberto Rodriguez, moves that the court continue the sentencing now scheduled for August 28, 2007 until September 12, 2007.  As reason therefore, counsel will be on vacation from August 27-31, 2007.

The government by Assistant United States Attorney Chris Bator assents to this motion.

> HERIBERTO RODRIGUEZ
> By his attorney,
>
>
> /s/ Catherine K. Byrne
> Catherine K. Byrne
>    B.B.O. #543838
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Catherine K. Byrne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2007.

> /s/ Catherine K. Byrne
> Catherine K. Byrne