UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 5-40006-FDS |
| | ) | |
| HERIBERTO RODRIGUEZ | ) | |

<u>NOTICE OF APPEAL</u>

Defendant, Heriberto Rodriguez, hereby appeals the judgment and sentence imposed on the above-numbered indictment on September 14, 2007 to the United States Court of Appeals for the First Circuit.

                                      HERIBERTO RODRIGUEZ
                                      By his attorney,

                                      /s/ Catherine K. Byrne
                                      Catherine K. Byrne
                                          B.B.O. #543838
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061

September 21, 2007