# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-40006-FDS

UNITED STATES OF AMERICA

v.

HERIBERTO RODRIGUEZ

### CLERK'S CERTIFICATE

DOCKETED

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1,2,4-55

are copies and can be destroyed after the appeal is complete. and contained in Volume(s) 1&2 are the filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/21/07

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 9/24/07

By:
Sarah A Thornton, Clerk of Court
/s/ Sherry Jones
Sherry Jones
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/26/17 .

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2461

RETURN TO: US DISTRICT COURT
595 MAIN STREET, SUITE 502
WORCESTER, MA 01608

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06