# United States Court of Appeals
## For the First Circuit

No. 07-2467

UNITED STATES,

Appellee,

v.

HERIBERTO RODRIGUEZ,

Defendant, Appellant.

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  March 26, 2008

    Appellant claims that the district court erred in finding, without benefit of a jury or an admission, that he had three prior convictions that qualified as predicates for application of the Armed Career Criminal Sentencing enhancement.  18 U.S.C. § 924(e). As appellant conceded both in the district court and in his brief on appeal, this argument is foreclosed by <u>Almendarez-Torres</u> v. <u>United States</u>, 523 U.S. 224 (1998), a decision by which this court is bound unless and until the Supreme Court holds to the contrary. <u>United States</u> v. <u>Jimenez-Beltre</u>, 440 F.3d 514, 520 (1st Cir. 2006)(en banc), <u>cert. denied</u>, 127 S.Ct. 1907 (2007).

The government's motion for summary disposition is <u>grante</u>d. The judgment is <u>affirmed</u>.  1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
          Chief Deputy Clerk.

[cc: Ms. Byrne, Ms. Chaitowitz, Mr. Bator and Mr. Casey]