CR 05-40006
J. Saylor
Papers to follow

# United States Court of Appeals
## For the First Circuit

---

No. 07-2467

UNITED STATES,

Appellee,

v.

HERIBERTO RODRIGUEZ,

Defendant, Appellant.

---

Before

Lynch, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered:  March 26, 2008

    Appellant claims that the district court erred in finding, without benefit of a jury or an admission, that he had three prior convictions that qualified as predicates for application of the Armed Career Criminal Sentencing enhancement.  18 U.S.C. § 924(e). As appellant conceded both in the district court and in his brief on appeal, this argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), a decision by which this court is bound unless and until the Supreme Court holds to the contrary. United States v. Jimenez-Beltre, 440 F.3d 514, 520 (1st Cir. 2006)(en banc), cert. denied, 127 S.Ct. 1907 (2007).

The government's motion for summary disposition is _granted_. The judgment is _affirmed_. 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
    Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: APR 17 2008

[cc: Ms. Byrne, Ms. Chaitowitz, Mr. Bator and Mr. Casey]